UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | | |
|---|---|---|
| Case No. | **CV 21-6995 MWF (PDx)** | Date: October 19, 2021 |
| Title | **Christine Lorenzetti v. Heidrick and Struggles, Inc., et al.** | |

Present: The Honorable: **MICHAEL W. FITZGERALD, United States District Judge**

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:   (IN CHAMBERS) ORDER TO SHOW CAUSE RE DISMISSAL**

In light of the Joint Notice of Settlement-in-Principle [12] filed October 21, 2021, the Court sets a hearing on Order To Show Cause Re Dismissal for **DECEMBER 6, 2021, at 11:30 a.m.**  If a stipulated dismissal is filed prior to this date, the matter will be taken off calendar and no appearance is needed.  **All other hearings and deadlines are hereby vacated.**

IT IS SO ORDERED.

Initials of Preparer:  RS/sjm